**Stacey L. Hail, MD, FACMT**
4501 Belfort Avenue
Dallas, Texas 75205
(214) 354-8790
stacemd99@aol.com

## Education

Fellowship, University of Texas Southwestern, Medical Toxicology
  Dallas, Texas
  July 2002-June 2004
Residency, University of Texas Southwestern, Emergency Medicine
  Dallas, Texas
  July 2000-June 2002
Internship, University of Texas Southwestern, Emergency Medicine
  Dallas, Texas
  July 1999-June 2000
M.D., Medical College of Georgia
  Augusta, Georgia
  August 1995-May 1999
B.S. Chemistry, Southern Methodist University
  Dallas, Texas
  August 1991-May 1995

## Professional Work Experience

Associate Professor, Emergency Medicine and Medical Toxicology
Department of Emergency Medicine
University of Texas Southwestern Medical Center at Dallas
July 2002 – present

Emergency Medicine Physician, Medical Center of Mesquite, Mesquite, Texas, 2002

Emergency Medicine Physician, Doctor's Hospital, Dallas, Texas, 2003

## Professional Certifications

Board Certified by American Board of Emergency Medicine, 2003, 2013
Board Certified by American Board of Medical Toxicology, 2004, 2014

**Licensure**

Texas State Medical License, since 2001
Texas Controlled Substance Registration, since 2001
Drug Enforcement Administration Registration, since 2001
Concealed Handgun License, since 2008

**Honors/Awards**

Fellowship status, American College of Medical Toxicology, 2016
Runner up, Clinical Pathologic Case Conference, Society for Academic
Emergency Medicine, Phoenix, Arizona, June 2, 2010
Magna Cum Laude, 1995
Phi Beta Kappa, 1995
Undergraduate Award in Analytical Chemistry, 1994
Mortar Board Senior National Honor Society, 1994
Phi Lambda Upsilon, Chemistry National Honor Society, 1994
National Collegiate Natural Sciences Award, 1994
Who's Who Among Students in American Universities and Colleges, 1994
Golden Key National Honor Society, 1993
Charles B. Peterson Premedical Scholarship for Chemistry Majors, 1993, 1994
All-American Scholar, 1993, 1994
Southern Methodist University Scholar, 1991-1995
Lazenby Chemistry Scholarship, 1991-1995
Alpha Epsilon Delta—Premedical Honor Society, 1993-1995
Alpha Lambda Delta—SMU 3.5 Honor Society, 1991-1995
National Dean's List, 1991, 1992, 1993
Semifinalist, Westinghouse Science Talent Search, 1991
Sigma Xi Research Award, 42nd International Science and Engineering Fair, 1991
Sigma Delta Epsilon—Honor for Women in Science, 1991
Grand Prize Winner, Georgia State Science Fair, 1991
Army, Navy, Air Force, Marine Corps Science Awards, 1988-1991
United States Science Camp, representing the State of Georgia, 1991

**Medical Expert Witness**

United States of America vs. Michael Pitts; United States Attorney's Office, Northern District of Illinois. (Prosecution). Trial testimony, AUSA Christine O'Neill; Chicago, Illinois, February 19, 2020.

Kootenai County District Attorney's Office; Grand Jury Testimony regarding Laurcene Isenberg (Prosecution); Coeur d'Alene, ID; January 29, 2020.

*United States of America vs. Charles Burton Ritchie and Benjamin Galecki.* United States Attorney's Office, District of Nevada. (Prosecution). Sentencing hearing testimony, AUSA James Keller; Las Vegas, Nevada, January 10, 2020 and January 31, 2020.

*United States of America vs. Michael Jones.* United States Attorney's Office, Southern District of New York. (Prosecution). Trial testimony, AUSA Daniel Wolf; New York, New York, October 17-18, 2019.

*United States of America vs. Gas Pipe, Inc.* United States Attorney's Office, Northern District of Texas. (Prosecution). Sentencing hearing testimony, AUSA Chad Meacham: Dallas, Texas, August 28, 2019.

*United States of America vs. Aaron Michael Shamo.* United States Attorney's Office, District of Utah. (Prosecution). Trial testimony, AUSA Michael Gadd: Salt Lake City, Utah, August 21, 2019.

*United States of America vs. Christopher Tyler.* United States Attorney's Office, Southern District of West Virginia. (Prosecution). Sentencing hearing testimony, AUSA Monica Coleman: Charleston, West Virginia, August 6, 2019.

*United States of America vs. Bernard Shelton.* United States Attorney's Office, Eastern District of Michigan. (Prosecution). Trial testimony, AUSA Michael Heesters; Detroit, Michigan, July 15, 2019.

*United States of America vs. Max Gaffney.* United States Attorney's Office, Southern District of California. (Prosecution). Trial testimony, AUSA Lawrence Casper; San Diego, California, June 21, 2019.

*GULSTAN E. SILVA, JR., as Personal Representative of the Estate of Sheldon Paul Haleck;  JESSICA Y. HALECK, Individually As Guardian Ad Litem of DEPARTMENT RECORDS; ORDERJEREMIAH M.V. HALECK; WILLAM E.*

*HALECK; and VERDELL B. HALECK, Plaintiffs, Vs. CITY AND COUNTY OF HONOLULU; DONNA Y.L. LEONG, Individually and in her Official Capacity; LOUIS M. KEALOHA, Individually and in his Official Capacity; CHRISTOPHER CHUNG; SAMANTHA CRITCHLOW; STEPHEN KARDASH; CHAD SANO; REYNWOOD MAKISHI; FRANK POJSL; and JOHN and/or JANE DOES 1-10, Defendants. CIVIL NO. 15-00436 HG-KJM;* Honolulu, Hawaii (Defense).  Trial testimony, Corporate Counsel Traci Morita; Honolulu, Hawaii, May 30, 2019.

*United States of America vs. Dr. Joel Smithers.*  United States Attorney's Office, Western District of Virginia. (Prosecution). Trial testimony, AUSA Cagle Juhan; Abingdon, Virginia, May 3, 2019.

*United States of America vs. Dr. Muhammed Samer Nasher-Alneam.*  United States Attorney's Office, District of West Virginia. (Prosecution) Trial testimony, AUSA Haley Bunn; Charleston, West Virginia, April 26, 2019.

*United States of America vs. James H. Blume, Jr. DO; Mark T. Radcliffe; Joshua Radcliffe; Michael T. Moran, MD; Sanjay Mehta, DO; Brian Gullett, DO; Vernon Stanley, MD; Mark Clarkson, DO; William Earley, DO; Paul W. Burke, Jr., MD; Roswell Tempest Lowry, MD.*  United States Attorney's Office, Southern District of West Virginia. (Prosecution).

LUKE SMITH, Deceased, through his Successor in Interest, IAN SMITH, individually and as successor in interest for LUKE SMITH, Deceased, Plaintiff, vs. COUNTY OF SANTA CRUZ, a public entity, SANTA CRUZ COUNTY SHERIFF JAMES HART, SANTA CRUZ COUNTY SHERIFF'S SERGEANT JACOB AINSWORTH, DEPUTY CHRIS VIGIL, DEPUTY JEFFREY EISNER, and DEPUTY EMMA RAMPONI; CITY OF CAPITOLA, a public entity, CAPITOLA POLICE OFFICER PEDRO ZAMORA; CITY OF WATSONVILLE, a public entity, WATSONVILLE POLICE OFFICER NOE HERNANDEZ, and LUKE SMITH, Deceased, through his Successor in Interest, IAN SMITH, individually and as successor in interest for LUKE SMITH, Deceased, No: 5:17-cv-05095-LHK. (Defense). Deposition, Oakland, California; February 27, 2019.

*United States of America vs. Rodriguez et al.* 3:18-cr-00101.  United States Attorney's Office, Middle District of Tennessee. (Prosecution)

*United States of America vs. Sergio Martinez et al. 18-cr-00033-JL.* United States Attorney's Office, District of New Hampshire.  (Prosecution)

*United States v. Anthony Marion and Lauren Martinez, case number 4:17 CR 549 JAR (EDMO).*  United States Attorney's Office, Eastern District of Missouri. (Prosecution)

*United States v. Leonus Stevenson Peterson, et al, 3:18-cr-90-JAG.*  United States Attorney's Office, Eastern District of Virginia. (Prosecution)

*United States of America vs. Dr. Pamwar Jain.*  United States Attorney's Office, District of New Mexico.  Sentencing hearing, Las Cruces, New Mexico; November 20, 2018. (Prosecution)

*United States of America vs. Curry.*  United States Attorney's Office, Eastern District of Virginia.  (Prosecution)

DEANA JO BRIESCH, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF TIMOTHY JOHN BRIESCH, DECEASED, AND AS NEXT FRIEND FOR AUSTIN JORDAN BRIESCH, A MINOR, AND ALLYSON MEAGON BRIESCH VS. AIR EVAC EMS, INC. DBA AIR EVAC LIFETEAM AND/OR TEXAS LIFESTAR, LAURA A. AINSWORTH, RN, JOHN D. PLUSNICK, EMT-P, BRIAN S. PRICE, MD AND EMERGENCY SERVICES PARTNERS, LP. (Plaintiffs)

Rebecca Potter, Individually and as Next Friend of Austyn Vasquez, a minor, and Richard Potter, Plaintiffs v. HP Texas1 LLC d/b/a HPA TX LLC, OPVHHJV LLC d/b/a Pathlight Property Management, and SER Texas LLC d/b/a Hyperion Homes Texas LLC, Defendants. In the District Court of Rockwall County, Texas, 382nd Judicial District. (Defense)

*United States of America vs. Dr. Shouping Li.*  FBI Nevada, Las Vegas Division.

*United States of America vs. Bryan Byrd.*  United States Attorney's Office, District of Alabama. (Prosecution)

*United States of America vs. Cole Gipson.*  United States Attorney's Office, Western District of Missouri. (Prosecution)

*United States of America vs. Jawayne Watkins.*  United States Attorney's Office, Western District of New York. (Prosecution)

*United States of America vs. Dr. David Morgan.*  United States Attorney's Office,

District of West Virginia. (Prosecution)

Cause No. C2017133; Tina L. Johnson v. Jeffrey Scott Smith, MD; in the 355th District Court, Hood County, Texas. (Defense)

*United States of America vs. Jenny Letson.* United States Attorney's Office, District of Alabama. (Prosecution)

*Richard M. Ogburn vs Rameshwaram, LLC d/b/a Best Western Burleson Inn and Suites;* In the District Court 18th Judicial District, Johnson County, Texas. Deposition, November 30, 2018. (Defense)

Kootenai County District Attorney's Office; Grand Jury Testimony regarding Varsel Jarnagin (Prosecution); Coeur d'Alene, ID; November 7, 2018.

*United States of America vs. Holly Kaszuba.* United States Attorney's Office, Middle District of Pennsylvania. (Prosecution) Trial testimony, AUSA Michelle Olshefski; Scranton, PA; November 5, 2018.

*Hector Alvarado v. Independent Bar Austin, LLC, d/b/a Barbarella; and Elizabeth Elliot;* In the 126th Judicial District, Travis County, Texas. (Defense)

SHELLY D. PARHAM, individually, and VICTOR HINES III, as independent administrator of, and on behalf of, the ESTATE OF MARCUS JOHNSON, Plaintiffs, vs. CITY OF BURKBURNETT; DANIEL C. ELBAUM; MATTHEW C. MCDONALD; and ZACHARY D. LEONARD, Defendants. CIVIL ACTION NO. 7:17-CV-00036-M. (Defense)

Rosemary Iberra, Individually, and as Representative of the Estate of Jessica Morales Leija, and as Next Friend to CS, ES, LS, and NS, Minor Children, and Raul Leija, Individually vs. Toyota Motor Corporation. (Plaintiff)

*United States of America vs. Jubentino Soto, et. al.* United States Attorney's Office, Eastern District of Washington. (Prosecution)

*United States of America vs. Corey Bernard Green.* United States Attorney's Office, Southern District of California. (Prosecution)

*United States of America vs. Jonathan Barrett; Joedon Bradley; and Johnny Williams.* United States Attorney's Office, Middle District of Tennessee. (Prosecution) Trial testimony, AUSA Amanda Klopf; Nashville, TN; March 21,

2018.

*United States of America vs. Woodyard et. al.* United States Attorney's Office, District of Kansas. (Prosecution)

*State of Texas vs. Christopher Davis.* Dallas County District Attorney's Office; (Prosecution); Trial Testimony, Assistant District Attorney Leighton D'Antoni; Dallas, TX; January 11, 2018

*Penny Herzog, Individually and as Representative of the Estate of David Lynn Herzog, Deceased vs. Jerome Lee Sang, MD, PA, Jerome Lee Sang, MD, Mathew T. Alexander, MD, South Texas Brain and Spine Institute, PA, Bret Todd, DO, Christopher Luis Reyes Fernandez, MD, Gulf Shore Anesthesia Christus Spohn Health System Corporation.* (Defense)
     Deposition; Burford Ryburn; July 19, 2017
     Trial testimony; Sinton, TX; December 11, 2017


Clark County District Attorney's Office; Grand Jury Testimony regarding Gregory Brent Dennis (Prosecution); Las Vegas, NV; September 13, 2017.

*United States of America vs. James H. Blume Jr., DO; Mark T. Radcliffe; Joshua Radcliffe; Michael T. Moran, MD; Sanjay Mehta, DO; Brian Gullett, DO; Vernon Stanley, MD; Mark Clarkson, DO; William Earley, DO; Paul W. Burke, MD; Roswell Tempest Lowry, MD; Teresa Emerson, LNP.* Case No. 5:18-cr-00026. United States Attorney's Office, Southern District of West Virginia. (Prosecution)

*United States of America vs. Brian Wimsatt.* United States Attorney's Office, Middle District of Tennessee. (Prosecution)

*United States of America vs. Tatiana Johnson; Damien Anderson; and Leon Anderson.* United States Attorney's Office, Middle District of Tennessee. (Prosecution)

*State of Wisconsin vs. Mark Jensen* (Defense)

*United States of America vs. Eugene Gosy, MD*; United States Attorney's Office, Western District of New York (Prosecution)

*United States of America vs. Edward Lee Poorman,* Case No. 2:17cr00222-DB; District of Utah (Prosecution)

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-cv-62116-FAM; CALVIN REID and MAMIE REID, co-Personal Representatives of the ESTATE OF CALVON ANDRE REID, Plaintiffs, vs. CITY OF COCONUT CREEK, SGT. DAVID FREEMAN, SGT. DARREN KARP, OFC. THOMAS EISENRING, and OFC. DANIEL RUSH, Defendant. (Defense)

Case No. 15-cv-02241-L-WVG  *THE ESTATE OF FRANCISCO MANUEL CESENA, by and through its successor-in-interest, JONATHAN JOSE TRINIDAD CESENA; MANUEL SALVADOR CESENA; TRINIDAD CESENA; FRANCISCO ARMANDO CESENA by and through his guardian ad litem CORINA AVILA; JONATHAN JOSE TRINIDAD CESENA; and LUCITANIA JULIANA, Plaintiffs, v. STEPHEN HUDSON; CLARENCE LABAK; BRADLEY MARTIN; MICHAEL KUPIEC; NINA SIGNORELLO; JEFF SAVAGE; CARY RODRIGUEZ; JAMES CARRAWAY; DELLANIRA MONROY; UNITED STATES OF AMERICA and DOES 2-20, Defendants.* UNITED STATES DISTRICT COURT, THE SOUTHERN DISTRICT OF CALIFORNIA. (Defense)

*Sandra Mata, as Heirs of the Estate of Rudy Ricardo Mata v. Pioneer Pawn;Robert Furr, and Pamela Furr.*  In the District Court of Tarrant County, Texas, 17th Judicial District. (Defense)
    Deposition, Thompson Coe Cousins and Irons; November 28, 2017

*United States of America vs. Michael Kostenko, DO;* Southern District of West Virginia. (Prosecution)

*United States of America vs. Kevin Campbell;* United States Attorney's Office, Western District of Washington. (Prosecution)

*United States v. Charles Burton Ritchie, et al.*, 2:15-CR-285-KJD-PAL; United States Attorney's Office, District of Nevada. (Prosecution)

*United States of America vs. Darius Jermaine Blakemore,* Case No.  1:16-cr-23; United States Attorney's Office, District of Eastern Tennessee. (Prosecution) Trial testimony, AUSA Michael Porter and Scott Winne; Chattanooga, TN; June 27, 2017

*United States v. Robert G. Rand, et al.,* 3:16-CR-00029-MMD-WGC; United States Attorney's Office, District of Nevada. (Prosecution) Testimony, Sentencing Hearing, AUSA James Keller; Reno, NV; November 20,2017

*United States of America vs. Yeffry Reynoso.* United States Attorney's

Office, District of Massachusetts. (Prosecution)

*United States of America vs. Cassie Verastegui.* United States Attorney's Office, Eastern District of Washington. (Prosecution)

*United States of America vs. Dr. Bernard Shelton.* United States Attorney's Office, District of Michigan. (Prosecution)

*United States of America vs. Dr. Shakeel Kahn.* United States Attorney's Office, District of Wyoming. (Prosecution)

*Sok Kong, Trustee for the Next-of-Kin of Map Kong, Decedent vs. City of Burnsville, Minnesota and Maksim Yakovlev, in his individual and official capacity, John Mott, in his individual and official capacity, and Taylor Jacobs, in his individual and official capacity.* Court File No: 16-CV-03634

*Vicky Waggoner vs. General Motors.* Civil Action No. 7:16-cv-00021-O.

*Cheri Hanson, as trustee of next of kin of Andrew Derek Layton v. Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their individual capacities as City of Mankato Department of Public Safety Police Officers; The City of Mankato; Gold Cross Ambulance, Michael Jason Burt, and Thomas John Drews.* File: 39416 (872). (Defense)

*David Antis and Donna Antis v. Atmos Energy Corporation;* Cause No. 38587 in the 82nd Judicial District Court of Falls County, Texas. (Defense)

*Lisamarie Antonicelli, Plaintiff v. Trinity Industries, Inc.; Trinity Highway Products, LLC, Defendants.* (Defense)

*Bonny Edward Taylor, as the Personal Representative and Administrator of the Estate of Almus Reed Taylor, Plaintiff v. Henry P. Hughes, et al., Defendants.* Civil Action No. 2:14-cv-1163-WKW-WC; In the United States District Court for the Middle District of Alabama, Northern Division. (Defense)

*United States of America vs. Rodrigus L. Pearson;* Case No. 2:16-cr-00239-MHH-HGD; United States Attorney's Office, Northern District of Alabama. (Prosecution)

*Cleo Patricia Shelby v. Joe Conway and Patrick White;* In the District Court of Bowie County, Texas; Cause No. 15C0583-202. (Defense)

*United States of America vs. Zachery Scott Kerns,* United States Attorney's Office, Eastern District of Oklahoma. (Prosecution)

*United States of America vs. Rosendo Flores Angulo and Curtis Hutchinson,* United States Attorney's Office, District of New Mexico. (Prosecution)

*United States of America vs. Trey Rath*, case number 3:16-cr-40, United States Attorney's Office, Eastern District of Tennessee. (Prosecution)

*United States of America vs. David Bollinger*, 4:16 CR 0030 CEJ (EDMO), United States Attorney's Office, Eastern District of Missouri. (Prosecution)
    Testimony, Sentencing Hearing, AUSA Sirena Wissler; March 21, 2017;
    St. Louis, Missouri.

*GLADIS CALLWOOD, as Administratrix of the Estate of KHARI NEVILLE ILLIDGE, Plaintiff, v. PHENIX CITY, ALABAMA a municipal corporation; JAY JONES, individually, CHARLES W. JENKINS, JR., individually; STEVEN M. MILLS, individually; RAY SMITH, individually; JOEY WILLIAMS, individually; DAVID BUTLER, individually; SHAWN SHEELY, individually; and RAYMOND J. SMITH, individually, Defendants. CIVIL ACTION No. 2:15-CV-182-WHA.* (Defense)

*Leslie Urso, et al vs. Robertson County Veterinary Services, P.C., et al.* (Defense) Testimony against expert witness, Daubert Hearing; July 17, 2017

*Richard A. Dotterer v. Thomas Pinto, Rebecca Saborsky, Douglas F. Kish, Kim Moyer, Bourough of Catasauqua, Borough of North Catasauqua* (Defense)

American College of Medical Toxicology Forensic Opioid Interpretation Guideline Panel, 2012-2013

Toxicology expert designation for TASER International pertaining to the Mr. Jordan Begley Inquest, Her Majesty's Senior Coroner, Manchester, United Kingdom.

*United State of America vs. Robert C. Osborne, MD*, United States Attorney's Office, District of New Mexico. (Prosecution)

*Sara Hollandsworth v. James F. Lilly, MD, Naina Wasan, PA, Amy Davis RN, Linda Gosselin, RN, Hospital Corporation of America d/b/a Medical Center of Lewisville, HCA Holdings, Inc., d/b/a Medical Center of Lewisville, and Healthrust, Inc.—The Hospital Company d/b/a Medical Center of Lewisville.* Cause No. DC-14-02803; 192nd District Court, Dallas County, Texas. (Defense)
    Deposition
    Firm:  Schell Cooley LLP

No. 9:14-CV-150-KFG; *John DiSalvatore, et al. v. Foretravel, Inc. d/b/a Foretravel Motorcoach*; In the United States District Court for the Eastern District of Texas, Lufkin Division. (Defense)

*C.S. Slade, Sr., Individually, Dorothy Slade, Individually, Kim Spearman, as next friend of M.S., a Minor, Coren Slade-Bell, as next friend of C.K., J., a Minor, Coren Slade-Bell, Individually, Tanisha Slde, Individually and Heirs of Marcus Dewayne Slade vs. City of Marshall, Texas, Former Police Chief Stanley Spence; John Johnston; Cortney Wells, and Stacey Roach.* (Defense)
    Deposition
    Firm:  Boon, Shaver, Echols, Coleman & Goolsby

*Betty Madewell, vs. Gregg County.*  Civil Action No. 2:13CV581-RSP; In the United States District Court for the Eastern District of Texas, Marshall Division.

*Shirley L. Miller, Individually and as Administrator of the Estate of Eugene Allen, Plaintiff v. Taser International, Inc., and State of Delaware, Defendants* (Defense)

*State of Texas vs. Dr. Ana Gonzalez-Angulo* (Prosecution)
    Trial:  Harris County Criminal Justice Center

*Kathleen Minneman vs. John's Place* in the 80th District Court, Harris County, Texas. (Defense)
    Deposition
    Firm:  Sheiness, Glover, and Grossman

Case 5:13-cv-00735-R. *Charlotte Tsosie vs. United States of America*; In the United States District Court for the Western District of Oklahoma (Defense)

No. 2014-03-0215; *Paul Lewis Belyeu vs. James E. Campbell and Billy Jo Davis*; In the District Court of Cherokee County, Texas, 2nd Judicial District. (Defense)

No. 2013C-0794; *Robert Magee, et al v. Farmer's Texas Country Mutual Insurance Company;* In the 3rd District Court of Henderson County, Texas. (Defense)
> Trial testimony
> Firm: Farmer's Texas Country Mutual Insurance Company

*Cause No. 2013-33309; Ingrid Bender and Tim Bender, Individually and as Next Friend of Andrew Bender vs. Houston Northwest Medical Center, Houston Northwest Medical Center, Inc., Houston Northwest Medical Operating Partners, Ltd., Houston Northwest Operating Partners, LLC, Cesario A. Castillo, M.D., Woodrow V. Dolino, M.D., Renee Madden, N.P. and Summerwood Family Clinic; In the 125th Judicial District Court of Harris County, Texas.* (Plaintiff)
> Deposition
> Firm: Davis and Davis

*Darla Plunkett Riley vs. Isaac Grate, Jr., MD* In the 269th District Court of Harris County, Texas, 269th Judicial District. (Plaintiff)
> Deposition
> Firm: Davis and Davis

*Tammie Chapman v. DCR Beverages, LLC, Doing Business As Smashburger, DC Rightside, LLC, DCR Concessions, LLC and DCR Hospitality, LLC* In the 101st Judicial District of Dallas County, Texas. (Defense)

*Cause No. 2012-502124; Gary Williams, Individually and on Behalf of the Estate of Justin Kurt Williams, Deceased v. Vicki Buxkemper, CFNP; In the 237th District Court of Lubbock County, Texas.* (Defense)

*Guillermo Hurtado, As Next Friend to Jesus Hurtado-Garcia, An Incapacitated Adult vs. CVS Pharmacy Inc., et al.* (Plaintiff)

*Darron Q. Watson and Kenyatta Sapp, Individually as the natural Parents of Darron Z. Watson, deceased, and Kenyatta Sapp as the Administratrix of the Estate of Darron Watson, deceased, v. Northlake Pediatric Associates, P.C. and Raymond Rosenberg, M.D.* (Plaintiff)
> Deposition
> Firm: Cochran, Cherry, Givens, Smith, Sistrunk and Sams

*Debora Cherry v. Efficient Attic Systems, L.P; Cause No. 11-09147;* In the 101st Judicial District Court of Dallas County, Texas. (Defense)

*Cause No. 2012-33100; Samuel C. Fischer v. Coaches Sports Bar and Grill Katy, Inc. and Coaches Sports Bar and Grill Humble; 215th District Court; Harris County, Texas.* (Defense)
> Deposition
> Firm: Hermes Sargent Bates; Indemnity Insurance

*Bianca Elliott Colgin, Individually and as Next Friend of Arden Louise Colgin, a Minor vs. Remington Arms Company, LLC, Sporting Goods Properties, Inc., Robert M. Farrell, Robert M. Farrell, LLC, Robert M. Farrell Development, LTD., Robert M. Farrell Family Partnership #1, LTD., Robert M. Farrell Family Partnership #2, LTD., and North Rio Vista, LTD.* (Plaintiff)

Cause No. CC-12-04068-A. *Emilia Hernandez vs. Tam and Tam International d/b/a Tam's Chinese Restaurant*; In the County Court at Law No. 1 of Dallas County, Texas. Your File No. 1132001 (Defense)

*Jeffrey Herron, Amy Herron, Individually and as Next Friend of Jeffrey Herron (His Guardian), William Herron, a Minor and Abigail Herron, a Minor v. BRC Aledo Properties, LLC d/b/a Railhead Smokehouse, Aledo Bearcat Properties, LLC, Burton Parnell, Randy Myers, and Michelle Terry; and Todd Jarvis, Third Party Defendant* (Defense)

*Janie Edwards, individually and as heir to and representative of the estate of Vernell Edwards, deceased v. CVS Pharmacy, Individually and d/b/a CVS Pharmacy, Store #7664, CVS Rx Services, Inc. CaremarkPCS Health, LLC d/b/a CVSCaremark and General Peay, Pharmacist* (Plaintiff)

*Alisa McClure, Individually and as Representative of the Estate of Brian McClure; Betty Jean Grubbs; and Sherry Lynn Barr McClure as Next Friend of Hunter Lee McClure and Morgan Leann McClure, minors, vs. Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc, a Nevada Corporation; Watson Laboratories, Inc., a Delaware Corporation; Watson Pharma, Inc.; Alza Corporation; Johnson & Johnson; Novaris Pharmaceutical Corporation; Novartis AG; Sandoz, Inc.; Sandoz Pharmaceuticals Corporation; Mylan, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Technologies, Inc.; Columbia Medical Center of McKinney Subsidiary d/b/a Medical Center of McKinney; Columbia North Texas Subsidiary, GP, L.L.C.; Scott*

*DeVilleneuve, MD; E. Ragnar Peterson, MD; Sant, P.L.L.C., d/b/a Surgical Associates of North Texas, and Jolene L. Hammons* (Defense)

Cause No. CC-11-02914-D in Dallas Co. Court at Law No. 4; *Lynanne Rannebarger v. Gilardo Gonzalez, Southwestern Motor Transport, Inc. and Derrick Percell Britt v. Virginia Adkins, Individually, on behalf of the Estate of Ladarius Adkins, and on behalf of all wrongful death beneficiaries of the Estate of Ladarius Adkins* (Defense)
  Deposition
  Firm:  Strasburger & Price; Mark Scudder

Cause No. 2011-CO-07975; in the 57th Judicial District Court, Bexar County; *Maria Garza, Individually and on behalf of the Estate of Leoncio Antonio Garza v. Sea Island-I10, Ltd.* (Defense)

Cause No. 09-15340 *David Dawson v. Fluor Intercontinental, Inc. and Watkinson, LLC Managing Contractors a/k/a Watkinson LLC;* in the District Court Dallas, County, Texas 134th Judicial District (Plaintiff)

*United States of America v. Dewey Mackay;* United States District Court for the District of Utah (Prosecution); Trial testimony

*United States of America v. Jaret Bush* (Prosecution)

Cause No. 2010-80-C; *Kathy Mangum Jones, For and on behalf of the wrongful death beneficiaries of Joseph W. Jones, deceased vs. Brandon HMA., Inc. D/B/A Rankin Medical Center, Brandon HMA, Inc. D/B/A Rankin Medical n/k/a Brandon HMA, LLC, Dr. James Jefferson, Dr. Kurt Johnson, Dr. Michael Albert, and John Does 1-10* (Plaintiff)

Cause No. 17004; *Dana Running as next friend of Jeffrey Peck and Jonathan Peck, Minors v. Joshua Shane Murphy and Nash Builders, Limited* in the 424th Judicial District Court of Llano County, Texas (Plaintiff)
  Deposition and Trial testimony
  Firm:  The Law Offices of Price Ainsworth; Price Ainsworth

Cause No. 366-00795-2010; *John Michael Mock, et al. v. Presbyterian Hospital of Plano, et al.; in the 366th District Court, Collin County, Texas* (Defense)
  Trial testimony
  Firm:  McCue Pauley

*Tom McEnnis and Patti Plymate-McEnnis vs. State Farm County Mutual Insurance Company of Texas*; In the District Court Williamson County, Texas, 26th Judicial District (Defense)

No. 2009-48-4.  *Stephen Mark Hurley vs. Freeman Center;*  In the District Court McLennan County, Texas 170th Judicial District (Defense)

Cause No. 09-15795; *Julie Schwartz v. Michael H. Brophy, MD* (Defense)

JWA No. 589-A-2010*; Ricky Guzman, Claimant v. Forged Components, Inc., Respondent* (Defense)

*Cause No: 2247; In Re: Estate of Frank O'Neil, Deceased; In the Constitutional County Court of Kimble County, Texas* (Defense)
    Deposition
    Firm:  Gordon Reese; Bob Bragalone

*Jamarcus Edwards vs. Progressive casualty Insurance Company, et al.  Parish of DeSoto, 42nd JDC No. 66,954.* (Plaintiff)
    Deposition
    Firm:  Silbert and Garon (New Orleans, LA); Scott Silbert

*Boyce Gainey, as Guardian and Representative of the Estate of Justin Gainey, Non Compos Mentos, vs. Lift-All Company, Inc., Rigging Supply Company and Industrial Mill and Maintenance Supply, Inc*. (Plaintiff)
    Deposition:  Montes Law Group; Rachel Montes
    Trial:  The Tracy Firm; Todd Tracy

*Bonnylen Catlett v. Duncanville Independent School District*; Civil Action No. 3:09-CV-01245-K pending in the U.S. District Court for the Northern District of Texas, Dallas Division (Defense)

*John Kirtley, III, Individually and as Independent Administrator of the Estate of John Kirtley, Jr. Deceased vs. Gulf States LTAC of Dallas, etc.  Cause No. 09-08471-F; Client/Matter No.: 0100-00042* (Defense)

*Manual Marquez, on behalf of the Estate of Terry Bailey, Manual Marquez father, Mary Lous Williams mother and Damian Bailey and Macy Bailey and Tia Bailey*

*individually and Lana Martinez individually and as next friend of Macy Bailey, a minor vs. S.C. Johnson and Son, Inc., and John Forte* (Defense)

*State of Texas vs. Robert Willard Lenox* (Defense)
Trial: Public Defender Sherman, Texas

No. 23,265- Becky *Vanden Bosch, Individually and as Next Friend of Justin Maurice Evans, a Minor Child vs. Wilbarger General Hospital, et al.*-in the 46th Judicial District of Wilbarger County, Texas (Defense)
Trial:  Schell Cooley; Tim Ryan

*Kenneth Washington and Betty Washington, Individually and on Behalf of the Estate of Everett Washington vs. Methodist Health System, Dung Ngoc Huynh, and Demetria Carwile* (Plaintiff)

*Brenda F. Bowers vs. Gayle D. Bounds, D.O., Sheridan Express Pharmacy of Lawton; Case 5:08-cv-00476-m* (Defense)

*United States of America vs. Patricia Green;* United States District Court for the District of New Mexico (Prosecution)
Trial

*United States of America vs. Tiofila Santanilla* United States District Court for the Western District of Texas *(Prosecution)*
Trial

*Adcock vs. Baylor Medical Center at Trophy Club, et al.  Cause No. 141-224238-07.*(Defense)

*Patricia Walters, Individually and as Next Friend of Austin Walters vs. Stephen Biondo, CVS Pharmacy Store #3200 and CVS Pharmacy Inc.  Cause No. 296-01896-07* (Defense)

*Brian Hurd et al. vs. Michael Preston Speight; Harold Speight; Hand Dallas Restaurant Inc. d/b/a Have a Nice Day Café and BNY Dallas, INC. d/b/a Tiki Bob's Cantina* (Defense)

*Leeah Fischer Cain vs. CVS Pharmacy et al.;* In the District Court of Harris count, Texas, 80th Judicial District.  (Defense)

Cause No. 06-07111-A; *Joseph Zheng vs. Wal-Mart Stores, Inc. and April Johnson*
(Defense)
　　　Deposition; Cowles and Thompson; Bevan Rhine

*Mary Garcia, Individually and as Personal Representative of the Estate of Melany*
*Avila, Deceased v. Golden Triangle Living Center, Inc., et al.;* 58th Judicial District
Court; Jefferson County, Texas; Cause No. A-175, 506 (Defense)

*Craig and Susan Waltjer v. Holiday World of Houston, L.P. and Keystone RV*
*Company*; In the 189th District Court of Harris County, Texas; Cause No. 2004-
47571 (Defense)

*Cabrera v. Johnson et al.; In the 162nd Judicial District Court*; Dallas County,
Texas; Cause No. DC 0600223 (Defense)
　　　Deposition and Trial; McCue Pauley; David McCue and Bruce Pauley

*Mario Perea, Individually, and as Representative of the Estate of Jacob Perea,*
*Deceased, et al. vs. Michael Rice, M.D.*, et al.; Cause No. 2005-533,287 (Defense)
　　　Deposition and Trial; Schell Cooley; Tim Ryan

*Norberto Ortiz, et al. vs. Columbia Medical Center of Las Colinas, Inc., et al.*
Cause No.: 05-10908-M; 298th Judicial District (Defense)
　　　Deposition; McCue Pauley; David McCue and Bruce Pauley

*Michael Martin et al. vs. KV Trucking, Inc.*, et al. Civil Action No. 4:04cv369.
(Defense*)*

I have served as a consultant on numerous other cases.

## Research Experience

SMU Undergraduate Research: "The Phenylation of
Poly(methylphenylphosphazene)"Dr. Patty Wisian-Nielson, 1994
SMU Undergraduate Research: "The Preparation of S-Hexahydropyrene and 4-
　　　Bromopyrene", Dr. Edward Biehl and Dr. Daniel Swartling, 1993

Pohl Cancer Research Laboratory, Georgia College, Milledgeville, GA: "Cellular
　　　Spin Resonance", Dr. Douglas G. Pohl, 1987-1991

## Presentations

Speaker, "Stories from the 'Front Line' of Medicine and Medical Toxicology"; Highland Park High School Science Festival, Dallas, TX, February 1, 2020

Organizer and speaker, ACMT Seminar in Forensic Toxicology; Criminal Poisoning and Drug-Facilitated Sexual Assault: Forensic, Legal and Medical Aspects, Washington DC, December 9-10, 2019

Speaker, Opioid Multidistrict Litigation Conference, Dallas, TX, June 6, 2019

Speaker, "The Emergency Department, Poisons, Drugs, and Murder Mysteries"; Highland Park High School Science Festival, Dallas, TX, January 31, 2019

Organizer and speaker, ACMT Seminar in Forensic Toxicology; Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic, Dallas, TX, December 13-14, 2018

Speaker, "Perspective on Drug Users' Death and Dealer Culpability"; ACMT Seminar in Forensic Toxicology; Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic, Dallas, TX, December 14, 2018

Billington ME, **Hail S**. Crushing Counterfeits: Deaths Due to Illicit and Inadvertent Use of Potent Opioid Analogues. North American Congress of Clinical Toxicology, Chicago, IL. November 26-29, 2018.

Meadors KB, Hail S, Kleinschmidt K, Cao J. Chasing the Dragon with Fentanyl Patch Gel. North American Congress of Clinical Toxicology, Chicago, IL. November 26, 29, 2018,

Speaker, "The Opioid Epidemic: Stories from the "Other" Front Line." EMC of TEAMHealth 10th Annual Women in Emergency Medicine Conference; September 21, 2018.

Testimony, State of Texas, House of Representatives, Select Committee on Opioids and Substance Abuse; May 15, 2018.

Sciano NM, Green WL, **Hail S**. Left Neck Mass: Virchow Node. SAEM Photo Competition, Indianapolis, IN. 16 May 2018.

Speaker, "Drug Overdose Causation:  How Did They Die, How Do You Prove It, and Why Your Civil Case is A Crime Scene"; State Bar of Texas, Advanced Medical Torts Course; San Antonio, Texas; March 9, 2018.

Keynote Speaker, "The Opioid Epidemic: Stories from the Front Line"; The Opioid Epidemic:  A Wicked Problem of the Worst Kind Conference by Avera Healthcare, United States Attorney's Office, District of South Dakota; Sioux Falls, South Dakota; October 18, 2017.

Speaker, Police Use of Force in Today's World, Miami-Dade Police Department; Miami, Florida; June 26, 2017.

Speaker, 2017 New Orleans Field Division (NOFD) Management Training; Kessler Air Force Base; Biloxi, Mississippi; June 20, 2017

Adjunct Instructor, Advanced Diversion Investigator Training, Drug Enforcement Administration Academy, Quantico, Virginia; June 14, 2017,

Speaker, 2017 Annual Conference of the Colorado Law Enforcement Coordinating Committee.  "Opioid Epidemic:  Medical Issues in Prosecutions." Keystone, Colorado; April 18, 2017.

Speaker, North Carolina Opioid Reduction Alliance, Strategic Initiative, Heroin Overdose Conference; Charlotte, North Carolina; April 13, 2017.

Speaker, Alternative Careers in Medicine, Washington University via Skype, St. Louis, Missouri; February 7, 2017

Workshop Chair, Society of Forensic Toxicologists National Meeting; "The Medical Toxicology Detectives:  From the Case Files of Parkland Hospital", Dallas, Texas, October 17, 2016.

Southwest Association of Forensic Scientists, "The Zombie Apocalypse:  Excited Delirium Syndrome, Designer Drugs, and TASERS"; Galveston, Texas, September 29, 2016.

Drug Enforcement Administration, New Orleans Field Division Management Conference; "Demystifying Toxicology"; Biloxi, Mississippi, September 21, 2016.

Drug Enforcement Administration and Hazelden Betty Ford Foundation. "Saving Lives—Innovative Solutions to the Opioid Crisis"; Minneapolis, Minnesota, September 8, 2016.

Drug Enforcement Administration, Office of Diversion Control, Federal Pharmaceutical Drug Investigations and Prosecutions Training, "Demystifying Toxicology: What the Dead Can and Cannot Tell us"; Dallas, Texas, August 24, 2016.

Drug Enforcement Administration, Ft. Worth Tactical Diversion Squad, "Demystifying Toxicology: What the Dead Can and Cannot Tell Us", Ft. Worth, Texas, June 15, 2016.

Department of Homeland Security, Law Enforcement Coordinating Committee, "Demystifying Toxicology: What the Dead Can and Cannot Tell Us"; Cheyenne, Wyoming, June 2, 2016.

Department of Homeland Security, Law Enforcement Coordinating Committee, "The Zombie Apocalypse: Excited Delirium Syndrome, TASERs, and Designer Drugs"; Cheyenne, Wyoming, June 2, 2016.

Dallas Drug Enforcement Administration, United States Department of Justice, "Demystifying Toxicology"; Dallas, Texas, May 9, 2016.

American Medical Association, Panelist, Physician Entrepreneurship: Transform the Future of Health Care; Austin, Texas, April 28, 2016.

University of Texas Southwestern Joint Conference on Agitation, Department of Emergency Medicine and Department of Psychiatry, "Excited Delirium Syndrome"; Dallas, Texas, January 28, 2016.

Organized Crime Drug Enforcement Task Forces, United States Department of Justice,"Demystifying Toxicology and 'But For' Causation; Atlanta, Georgia, November 19, 2015.

Southwest Association of Forensic Scientists, "Pick Your Poison"; Oklahoma City, Oklahoma, October 22, 2015.

Southwest Association of Forensic Scientists, "State of Texas vs. Ana Gonzalez-Angulo"; Oklahoma City, Oklahoma, October 22, 2015.

Southwest Association of Forensic Scientists, "Forensic Files of Dr. Hail", Oklahoma City, Oklahoma, October 22, 2015.

Parkland Health and Hospital System Police Department, "Poisons and Police", Summer 2015

"TASER Tox", TASER International Scientific Advisory Board; Scottsdale, Arizona, April 10, 2015.

"So You Think You Are An Expert", Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 12, 2013.

Mock Deposition, Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 12, 2013

"Criminal Potpourri", Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 13, 2013

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Continuous Intravenous Infusion of Physostigmine in Anticholinergic Delirium", North Texas Poison Center, Dallas, Texas, August 7, 2012

"Toxicology", University of Texas Southwestern School of Medicine, Sophomore Pharmacology, April 13, 2012

"Witches:  Heretics or Early Drug Users", Tarrant County Medical Examiner's Office, Ft. Worth, Texas, October 2011

"Continuous Intravenous Infusion of Physostigmine in Anticholinergic Delirium", Utah Poison Control Center, Salt Lake City, Utah, October 2011

"Forensic Files of Dr. Stacey Hail", Georgia Poison Control Center, Atlanta, Georgia, October 2011

"Syndrome of Antidiuretic Hormone Complicating Pediatric Ingestion of Fluoxetine", North American Congress of Clinical Toxicology, Washington D.C., September 2011

Keynote Speaker at the Southwest Association of Toxicologists, "Legal Highs—and Lows",Austin, Texas, April 2011

Testimony; Texas House of Representatives, Committee on Criminal Jurisprudence, House Bill 1548 to add Methylenedioxypyrovalerone and Mephedrone to Penalty Group 2 of the Texas Controlled Substances Act, Austin, Texas, March 15, 2011

Southwest Association of Forensic Scientists, "The Case Files of Dr. Stacey Hail", Grapevine, Texas, September 2010

Society for Academic Emergency Medicine, Clinical Pathologic Case Conference competition, Phoenix, Arizona, June 2010

University of Texas Southwestern Medical Center, Emergency Medicine Resident Conference, "Takotsubo Cardiomyopathy", 2009

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Xocolatl:  A Treasure from Ancient Civilizations", 2007-2010

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Witches: Heretics or Early Drug Users", 2005-2010

University of Texas Southwestern Medical Center, Emergency Medicine Resident Conference, Toxicology In-Service Review, 2005-2017

Toxicology Grand Rounds, "Mycotoxins and the Black Mold Controversy," 2003 Instructor, Terrorism Response and Emergency Care Course, Texas Department of Health and Parkland Hospital, 2003

Children's Medical Center Noon Conference, "Management of Acetaminophen and Salicylate Toxicity in Pediatric Patients", May 2003

Certified Specialist of Poison Information Review Course, "Natural Toxins", April 2003, 2004

Instructor, Advanced Disaster Life Support course, Secret Service Headquarters, "Chemical Agents II", January 2003

American Association of University Women and Brookhaven College, "Expanding Your Horizons in Math and Science", Keynote Speaker, October 2001

Toxicology, "Paraquat Poisoning", October 2001

Emergency Medicine Resident's Conference, "Keeping Pace with Cardiac Pacing in the Emergency Department", June 2002

Emergency Medicine Resident's Conference, "A Right Common Iliac Artery Mycotic Aneurysm", May 2001

Emergency Medicine Resident's Conference, "Petechiae and Purpura", September 2000

Emergency Medicine Resident's Conference, "Heat Stroke", June 2000

Emergency Medicine Resident's Conference, "A Pediatric Case of Abdominal Pain and Altered Mental Status", January 2000

207th Annual American Chemical Society meeting, San Diego, CA, March 13-17, 1994

42nd International Science and Engineering Fair, Orlando, FL, "The Cellular Spin Resonance of Human Lung Fibroblasts: Cancerous vs. Benign", May 1991

## Publications

Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC.  Electrical weapons and excited delirium: shocks, stress, and serum serotonin.  Forensic Sci Med Pathol; 2018 Aug 11. doi: 10.1007/s12024-018-0005-8. [Epub ahead of print]

National Association of Medical Examiners Position Paper:  Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. *Academic Forensic Pathology*; 2013; 3(1): 77-83.

Hail S, Obafemi A, Kleinschmidt K.  Successful management of olanzapine-induced anticholinergtic agitation and delirium with a continuous intravenous infusion of physostigmine in a pediatric patient.  *Clinical Toxicology*; March 2013; 51(3): 162-166.

"Vesicating Agents Including Mustard and Lewisite", *Medical Response to Terrorism,* Lippincott, Williams, and Wilkins, 1ˢᵗ ed. 2004

Basic Disaster Life Support (BDLS) Provider Manual, "Chemical Events" chapter, National Disaster Life Support Education Consortium (NDLSEC), 2003

" *'It Doesn't Get Any Better Than This': It Better Not Get Any Worse"*; Southern Methodist University's Criteria: A Journal of Rhetoric; 1992-1993.

**Media Appearances** (link may be archived differently after initial broadcast)

"Vengeance: Killer Coworkers--Poisonous Affair." An HLN Original Series; original air date January 19, 2020.
https://cnncreativemarketing.com/project/vengeance/#open-overlay

Avera, US Attorney Talk Opioid Abuse in South Dakota, Press Conference and TV Interview; Keloland in Sioux Falls, SD.
http://www.keloland.com/news/article/news/avera-u-s-attorney-talk-opioid-abuse-in-south-dakota

"Doctor Discusses the Dangers of Caffeine", live interview with Fox 4 News Heather Hayes, May 16, 2017.  http://www.fox4news.com/news/255248346-videoI

"Toxicologists Warn Against Extreme Danger of Fentanyl", interview with NBC 5 DFW Bianca Castro, October 27, 2016.
http://www.nbcdfw.com/news/health/Toxicologists-Warn-Against-Extreme-Danger-of-Fentanyl-398979141.html

"Snapped"; Season 16, Episode 12: 'Ana Gonzalez-Angulo'; original air date January 24, 2016, Oxygen channel.
http://www.oxygen.com/snapped/season-16/episode-12/videos/snapped-sneak-peek-1612-ana-gonzalez-angulo-part-1

"Doctors warn of dangerous new street drug, 'flakka', Fox 4 News, April 8, 2015.
http://www.fox4news.com/story/28755020/doctors-warn-of-dangerous-new-drug-flakka

"Prescription heroin in Vancouver clinic", live interview Al Jazeera America, February 3, 2015.
https://ajam.boxcn.net/s/mrooktr0y80xshf3jlyy5hzf7e713op7

"Science Day at Trial of Doctor Accused of Poisoning Lover", My Fox Houston, September 18, 2014.
http://www.myfoxhouston.com/story/26573332/science-day-at-trial-of-doctor-accused-of-poisoning-lover

"Toxicologists testify in trial of doctor accused of poisoning lover", Click2Houston, September 18, 2014.
http://www.click2houston.com/news/testimony-continues-in-trial-of-doctor-accused-of-poisoning-lover/28124198

"Protecting yourself from West Nile", live interview WFAA Daybreak, June 24, 2014.
http://www.wfaa.com/news/health/bfont-color000000VIDEOfontb-Protecting-yourself-from-West-Nile-264378691.html

"Teen overdoses on K2, ends up in hospital", Fox 4 News, June 8, 2014.
http://www.myfoxdfw.com/story/25724360/teen-overdoses-on-k2-ends-up-in-hospital

"Synthetic Marijuana:  Outbreak of Overdoses in Texas", live interview Al Jazeera America, May 5, 2014.
https://ajam.app.box.com/s/e2y3dcrmqrv9c3s4kcmp

"Gold buillion coins buying peace of mind", interview with Dallas Morning News financial columnist, Will Deener, May 4, 2014.
http://www.dallasnews.com/business/columnists/will-deener/20140504-gold-bullion-coins-buying-peace-of-mind.ece

"Dallas police investigating rash of suspected K2 overdoses, Fox 4 News, May 2, 2014.
http://www.myfoxdfw.com/story/25416692/dallas-police-investigating-rash-of-k2-overdoses

"Outbreak of overdoses", CBS Dallas/Fort Worth, May 2, 2014.
http://dfw.cbslocal.com/video/10120684-outbreak-of-overdoses/

"Debunking Beezin'Buzz Hype", live interview Fox 4 News, April 30, 2014.
http://www.myfoxdfw.com/video?clipId=10111288&topVideoCatNo=237008&autoStart=true

"FDA Questions Safety of Antibacterial Soaps", live interview Fox 4 News, December 16, 2013.
http://www.myfoxdfw.com/video?clipId=9640947&topVideoCatNo=237008&autoStart=true

Commercial for Dallas Gold and Silver Exchange:  Investing in Bullion and Rare Coins, 2013.
http://www.youtube.com/watch?v=Y1DkQ9Cv_WI

"FDA Investigates Energy Shots".
http://www.myfoxdfw.com/video?clipId=7965995&autostart=true, November 15, 2012.

"The Toxic Truth Behind Halloween Monsters";
http://www.wfaa.com/news/local/The-Toxic-Truth-behind-Halloween-Monsters-175682071.html, October 24, 2012.

"Small button batteries an be huge health danger for kids, experts warn."
http://www.wfaa.com/news/health/Lynch-Syndrome-172716251.html, October 4, 2012.

"High on Hand Sanitizer", live interview Fox 4 New, April 25, 2012
http://www.myfoxdfw.com/video?clipId=7032720&autostart=true

"State of Forensic Toxicology"; Letter to the Editor; *Texas Bar Journal*, September 2011.
http://www.texasbar.com/AM/Template.cfm?Section=Texas_Bar_Journal&Template=/CM/ContentDisplay.cfm&ContentID=15395

"Legal 'Bath Salts' Drug Alarms Doctors; Fox 4 News, January 14, 2011
http://www.myfoxdfw.com/dpp/news/011411-legal-%E2%80%98bath-salts%E2%80%99-drug-alarms-doctors

National Geographic and BBC documentary:  *Drugged: High on Cocaine*;
    January 16, 2011

National Geographic and BBC documentary:  *Drugged: High on Ecstasy*;
    January 17, 2011

"Toxic Metals in Children's Products", February 24, 2011
http://dfw.cbslocal.com/2011/02/24/cbs-11-tests-for-toxic-metals-in-childrens-products/

"US Supreme Court Blocks Execution of Texan Using New Drug Mix",
    http://www.myfoxdfw.com/dpp/news/texas-inmate-set-to-die-with-new-lethal-drug-tuesday, April 5, 2011

"Feds move to Ban 'Four Loko' Alcholic Energy Drink; live interview Fox 4
        News, November 16, 2010
http://www.myfoxdfw.com/dpp/news/national/111610-feds-move-to-ban-%27four-loko%27-alcoholic-energy-drink

"FDA issues warning makers of alcoholic energy drinks.  *Dallas Morning News*;
November 18, 2010