IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-cr-10042-STA |
| | ) | |
| THOMAS KELLEY BALLARD, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JURY QUESTIONNAIRE

A jury trial is set to commence in this case on June 28, 2021.  The Court hereby gives the parties notice of its intent to use a concise jury questionnaire in advance of trial.  The practice of having the venire complete a questionnaire is useful in identifying possible juror conflicts and exposing prejudicial bias before voir dire begins.  The Court typically requests that the venire complete the questionnaire the week before trial.  The Clerk of Court then provides the parties with a copy of the completed questionnaires on the Friday afternoon before the trial begins, in time for counsel to review the questionnaires and use them during jury selection.   While the Court has its own standard jury questionnaire addressed to general background information, the Court recognizes that special questions addressed to the unique facts of each case can also be appropriate.

Consistent with its discretion "in deciding what questions should be asked on voir dire," the Court finds good cause to give the parties an opportunity to propose any special questions to include on the questionnaire for this case.  *Mu'Min v. Virginia*, 500 U.S. 415, 424 (1991).  The parties should submit requested special questions, if any, to the Court on or before June 4, 2021.  Once the Court has reviewed the parties' proposals, the Court will decide which special questions

to include in the questionnaire.  The Clerk of Court will notify counsel when their copies of the

completed questionnaires will be available for pick-up.

    **IT IS SO ORDERED.**

                                  **s/ S. Thomas Anderson**
                                  S. THOMAS ANDERSON
                                  CHIEF UNITED STATES DISTRICT JUDGE

                                  Date:  May 24, 2021